# EXHIBIT D

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

UNITED STATES SECURITIES  :
AND EXCHANGE COMMISSION,  :
                          :
    Plaintiff,             :
                          :
        v.                :  1:18-cv-8803 (LGS)
                          :
WILLIAM C. SKELLEY        :  NOTICE OF SERVICE
                          :
    and                   :
                          :
SOHIN S. SHAH,            :
                          :
    Defendants.           :
_____:

Please be advised that on March 7, 2019, Plaintiff, United States Securities and Exchange Commission, served William C. Skelley with a Summons (Dkt. No. 31), the Complaint (Dkt. No. 4), and Order entered March 6, 2019 (Dkt. No. 29):

(1) via email at william.christopher.info@gmail.com and w.skelley@icloud.com and

(2) through his counsel, David A. Fleissig, Esq., via overnight courier at Dontzin Nagy & Fleissig LLP, 980 Madison Avenue, New York, NY 10075 and via email at dafleissig@dnfllp.com. The overnight delivery was received at Mr. Fleissig's office on March 8, 2019.

Dated: March 8, 2019            Respectfully submitted,

                                s/Doressia L. Hutton
                                Doressia L. Hutton *(Admitted Pro Hac Vice)*
                                United States Securities and Exchange Commission
                                175 W. Jackson Blvd., Suite 1450
                                Chicago, IL 60604
                                Phone: (312) 596-6050; Fax: (312) 353-7398
                                Email: Huttond@sec.gov

## Certificate of Service

I hereby certify that on March 8, 2019, I served the foregoing Notice of Service on all counsel of record through the Court's ECF system. I also served a copy upon Defendant William C. Skelley by electronic mail at william.christopher.info@gmail.com and w.skelley@icloud.com and his counsel, David Fleissig, at dafleissig@dnfllp.com.

By: **/s/ Doressia L. Hutton**