UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
UNITED STATES SECURITIES AND
EXCHANGE COMMISSION,

                Plaintiff,                18 **CIVIL** 8803 (LGS)

     -against-                        **JUDGMENT**

WILLIAM C. SKELLEY, *et al.*,

                Defendants.
-------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated March 26, 2021, the Report is ADOPTED. Plaintiff is awarded (1) $1,073,746.65 in disgorgement of Defendant Skelley's ill-gotten gains; (2) $184,655.27 of prejudgment interest on the ill-gotten gains covering December 31, 2013, to May 31, 2019, plus $103,363.71 of prejudgment interest on the total amount of $1,258,401.92 covering June 1, 2019, to the date of entry of judgment; and (3) $1,073,746.65 of third-tier civil penalties. Per the Default Judgment Order, Defendant shall satisfy this obligation by paying these amounts to Plaintiff within fourteen days after entry of this Order. Plaintiff may enforce this judgment by moving for civil contempt (and/or through other collection procedures authorized by law) at any time after fourteen days following entry of this Order. Defendant shall pay post-judgment interest on any delinquent amounts pursuant to 28 U.S.C. § 1961; accordingly, the case is closed.

**Dated:** New York, New York
         March 26, 2021

                                                          **RUBY J. KRAJICK**

                                                               Clerk of Court
                                         **BY:**
                                                                  Deputy Clerk